**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ENOVA TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 13-1011-LPS |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SEAGATE TECHNOLOGY (US) HOLDINGS, | ) | |
| INC., and SEAGATE TECHNOLOGY LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Final judgment is hereby entered dismissing this matter with prejudice, each party to bear

its own costs and attorneys' fees, in accordance with the Court's May 9, 2018 Order on the parties'

Stipulation and [Proposed] Order Lifting Stay and For Entry of Final Judgment filed May 3, 2018

(DKT#113), and the Court's May 10, 2018 Order (DKT#114).


Date: _____              _____
                                                              Chief Judge


5807687/40607